James D. Fornari (JF3433)
Paul Rachmuth (PR1566)
GERSTEN SAVAGE LLP
*Attorneys for Defendant*
600 Lexington Avenue
New York, NY, 10022
Telephone: (212) 571-9700
Facsimile: (212) 980-5192

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EYAL R.D. CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>JEWELEX NEW YORK LTD., INC.,<br><br>    Defendant. | Case No. 07-cv-13 (AKH)<br><br>**DEFENDANT JEWELEX LTD., INC.'S [PROPOSED] SPECIAL VERDICT FORM** |

    Defendant Jewelex Ltd., Inc. (Jewelex) hereby submits the following proposed special verdict form for use in the trial of the above-captioned matter.

Dated: January 13, 2012
       New York, NY

                                    Respectfully Submitted,

                                    James D. Fornari
                                    GERSTEN SAVAGE LLP
                                    *Attorneys for Defendant*
                                    600 Lexington Avenue
                                    New York, NY, 10022
                                    Telephone: (212) 571-9700
                                    Facsimile: (212) 980-5192

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EYAL R.D. CORP.,<br>                Plaintiff,<br><br>        v.<br><br>JEWELEX NEW YORK LTD., INC.,<br><br>                Defendant. | Case No. 07-cv-13 (AKH)<br><br>**[PROPOSED] SPECIAL VERDICT** |

We, the Jury in the above-entitled action, find the following Special Verdict on the questions presented to us:

**QUESTION NO. 1:** Do you find that the single ring design that has been described as the Eyal ring is included in Plaintiff Eyal R.D. Corp.'s Copyright Registration VA 1-386-584?

      YES _____ NO _____

If you answered "YES" to Question 1, proceed to Question 2.

If you answered "NO" to Question 1, stop here and answer no further questions. Have your presiding juror sign and date this verdict form and report your verdict to the Court.

**QUESTION NO. 2:** Do you find that Plaintiff Eyal R.D. Corp. holds a valid copyright to the single ring design?

**To find "Yes", you must determine all of the following to be true:**

        A. The single ring design is original:

            1. The design was independently created;

1

YES _____ NO _____

And,

    2. The single design independently contains sufficient creative elements to merit copyright protection on its own.

YES _____ NO _____

B. Eyal R.D. Corp. complied with all applicable formalities in copyright application process:

    1. Eyal R.D. Corp. published the entire collection contained in Registration VA 1-386-584 as a single group by:

        a. Offered all items as a single group for sale or distribution;

YES _____ NO _____

And,

        b. Such offer was made to a group of people.

YES _____ NO _____

    2. Eyal R.D. Corp. did not knowingly provide materially false information to the Copyright Office on the copyright application for Registration VA 1-386-584.

YES _____ NO _____

If you answered "YES" to each part of Question 2, proceed to Question 3.

If you answered "NO" to any part of Question 2, stop here and answer no further questions. Have your presiding juror sign and date this verdict form and report your verdict to the Court.

**QUESTION NO. 3: Do your find that Defendant Jewelex New York, Ltd. established that the ring which it sold was independently created?**

YES _____ NO _____

If you answered "YES" to Question 3, stop here and answer no further questions. Have your presiding juror sign and date this verdict form and report your verdict to the Court.

If you answered "NO" to Question 3, proceed to Question 4.

**QUESTION NO. 4:** Do you find that Defendant Jewelex New York Ltd., Inc. actually copied (or sold or imported items from someone who actually copied) protected elements of Plaintiff Eyal R.D. Corporation's copyright in the single ring design without Plaintiff Eyal's permission?

YES _____ NO _____

If you answered "YES" to Question 4, proceed to Question 5.

If you answered "NO" to Question 4, stop here and answer no further questions. Have your presiding juror sign and date this verdict form and report your verdict to the Court.

**QUESTION NO. 5:** What are the money damages to be awarded to Plaintiff Eyal R.D. Corporation?

**Actual Damages suffered by Plaintiff Eyal R.D. Corp.:** $_____

**Profits earned by Defendant Jewelex New York LTD, Inc. (excluding any sales used to calculate Eyal R.D. Corp.'s actual damages):** $_____

**Total Damages:** $_____

Have your presiding juror sign and date this verdict form and report your verdict to the Court.

I hereby certify that the above answers constitute the answers of at least all of the deliberating jurors.

Dated: _____          _____
                                Signature of Presiding Juror


                                _____
                                Printed Name of Presiding Juror

## CERTIFICATE OF SERVICE

I, James D. Fornari, attorney for Defendant Jewelex New York Ltd., Inc.., hereby certify that a true and correct copy of the foregoing **DEFENDANT JEWELEX NEW YORK, LTD., INC.'S [PROPOSED] JURY INSTRUCTIONS** was served via Federal Express and electronic mail on January 13, 2012, upon the following parties:

>Jura C. Zibas
>Wilson, Elser, Moskowitz,
>Edelman, & Dicker LLP
>*Attorneys for Plaintiff*
>150 East 42nd Street
>New York, NY 10017
>Telephone: (212) 490-3000
>Facsimile: (212) 490-3038
>HURON LAW GROUP
>
>Jeffrey Huron
>*Attorneys for Plaintiff*
>1875 Century Park East, Suite 1000
>Los Angeles, California 90067
>Telephone: (310) 284-3400

Dated: January 13, 2012
     New York, NY

>James D. Fornari
>GERSTEN SAVAGE LLP
>*Attorneys for Defendant*
>600 Lexington Avenue
>New York, NY, 10022
>Telephone: (212) 571-9700
>Facsimile: (212) 980-5192

5